IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: (818)325-2888
Fax: (818)325-2890
E-mail: ireneruzin@gmail.com

Attorney for Petitioner, KEVIN HOGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN HOGAN,<br><br>    Petitioner,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 20-1302 AGR<br><br>JUDGMENT<br><br>ALICIA G. ROSENBERG<br>UNITED STATES MAGISTRATE<br>JUDGE |

In accordance with the Order of this Court filed concurrently herewith, IT IS HEREBY ADJUDGED that the above referred action be dismissed in its entirety without prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the parties to bear their own costs and fees.

DATED: July 17, 2020

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE
JUDGE